UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TIMOTHY RAVE,

    Plaintiff,

v.                                         Case No. 18-cv-305-pp

CIOX HEALTH LLC, and
COLUMBIA ST. MARY'S HOSPITAL MILWAUKEE, INC.,

    Defendants.

---

## ORDER OF RECUSAL

---

Under 28 U.S.C. §455(a) and Canon 3(C)(1) of the Code of Conduct for United States Judges, I recuse myself from further participation in this case.

The court **ORDERS** that the Clerk of Court randomly assign this case to another Judge in the Eastern District of Wisconsin.

Dated in Milwaukee, Wisconsin this 1st day of August, 2018.

                                      **BY THE COURT:**

                                      _____
                                      **HON. PAMELA PEPPER**
                                      **United States District Judge**