# CANNON & DUNPHY, S.C.
Attorneys at Law

| | | |
|---|---|---|
| **William M. Cannon** |  | **Robert D. Crivello** |
| **Patrick O. Dunphy** | | **Brett A. Eckstein** |
| **Sarah F. Kaas** | 595 North Barker Road | **Josh J. Minon** |
| **Edward E. Robinson** | P. O. Box 1750 | **Michael J. Cerjak** |
| **Allan M. Foeckler** | Brookfield, WI 53008-1750 | **Rachel E. Potter** |
| | Ph: (262) 782-2700 | |
| | Fax: (262) 796-5800 | |
| | www.cannon-dunphy.com | |

August 1, 2018

**VIA ECF-ELECTRONIC CASE FILING**
Hon. Lynn Adelman
United States District Court, Eastern District of Wisconsin
U.S. Courthouse, Room 126
517 East Wisconsin Avenue
Milwaukee, WI 53202-4581

      Re:    <u>Rave, et al. v. CIOX Health, LLC, et al.</u>
              Case No 2:18-cv-00305-PP

Dear Judge Adelman:

      We represent the proposed intervening plaintiffs, Paul R. Dilger, Derrick J. Hammetter, Antoinette M. Vinkavich, and Patricia A. Skrzypchak ("the Dilger plaintiffs"). We previously filed a Motion to Intervene, for a Stay, and for Sanctions (Docket Nos. 33-35). The purpose of the motion was to seek a stay of this case under the <u>Colorado River</u> doctrine based on the fact that this case was subsumed within the Dilger plaintiffs' parallel class action against CIOX Health, LLC, in state court, specifically <u>Dilger v. IOD Inc.</u>, Waukesha County Circuit Court Case No. 2017-CV-768 (filed May 5, 2017).

      I am writing to inform the Court that we are withdrawing our motion. The <u>Dilger</u> state court action was recently amended and no longer includes class action allegations against CIOX Health, LLC. The <u>Dilger</u> matter is thus no longer parallel with the <u>Rave</u> matter and the <u>Colorado River</u> doctrine no longer applies. Thank you for your attention to this matter.

      Yours very truly,

      **CANNON & DUNPHY, S.C.**

      */s/ Brett A. Eckstein*

      **Brett A. Eckstein**
      Direct Dial: (262) 796-3702
      Direct Fax: (262) 796-3712
      beckstein@C-DLaw.com