# Spaugh, Patrick

| | |
|---|---|
| **From:** | Daniel Manna <manna@gwmlaw.com> |
| **Sent:** | Tuesday, December 11, 2018 5:44 PM |
| **To:** | borison@legglaw.com; J. Craig Jones; 'Robert Welcenbach' |
| **Cc:** | Sullivan, Michael; Kritzer, Nathaniel J. |
| **Subject:** | Moya v. HealthPort & Aurora - Ciox Supplemental Productions |

**EXTERNAL EMAIL: Open Attachments and Links With Caution.**

Good Afternoon,

Here is a link to download two supplemental productions from Ciox, with Bates ranges HP0000664-HP0009902 and HP0009903-HP0019037. Please click on the files individually to download, and do not select both check boxes and use the "Download as Zip" option.

The link requires a password, which I will send in a separate email to follow.

- Dan

Daniel A. Manna
Gass Weber Mullins LLC
241 N. Broadway, Suite 300
Milwaukee, Wisconsin  53202
Direct:  414.224.3447
Fax:  414.224.6116
www.gwmlaw.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.