**From:** "borison@legglaw.com" <borison@legglaw.com>
**Date:** December 21, 2018 at 7:13:58 PM EST
**To:** "Sullivan, Michael" <Michael.Sullivan@wbd-us.com>
**Cc:** Daniel Manna <manna@gwmlaw.com>, "franke@gasswebermullins.com" <franke@gasswebermullins.com>, Bradley Foley <bradley.foley@gebsc.com>, "Robert J. Welcenbach" <robert@welcenbachlaw.com>, "J. Craig Jones" <craig@joneshilllaw.com>
**Subject: Re: Rave Documents that have not been produced**

Dear Mike:

Attached are the objections to your designation of documents 664-9902 as confidential. I will provide our objections to the remaining recent production that also were provided with a blanket designation of confidential soon.

Scott

> On Dec 21, 2018, at 12:01 PM, Sullivan, Michael <Michael.Sullivan@wbd-us.com> wrote:

Scott:

Thank you for your email. At this time we are treating the documents marked Confidential in *Moya* as Confidential in *Rave*. If you feel any documents should not be marked confidential please let us know which documents and we will reconsider the designation on the specific document. As you know the Rave Protective Order ( Paragraph15 ) contemplates just such a procedure.
We are still coordinating deposition dates and will attempt to schedule them in coordination with the parties in both cases to make them as efficient as possible.

Best regards
Michael

**Michael Sullivan**
Partner
Womble Bond Dickinson (US) LLP

**d:** 404-879-2438
**m:** 770-329-5729
**e:** Michael.Sullivan@wbd-us.com

Atlantic Station
271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017

**wombledbonddickinson.com**

<image521d16.PNG>     <imaged8156b.PNG>  <image741687.PNG>  <image4b82dc.PNG>

---

**From:** borison@legglaw.com [mailto:borison@legglaw.com]
**Sent:** Friday, December 21, 2018 12:19 PM
**To:** Sullivan, Michael
**Cc:** Sullivan, Michael; Daniel Manna; franke@gasswebermullins.com; Bradley Foley; Robert J. Welcenbach; J. Craig Jones
**Subject:** Re: Rave Documents that have not been produced

Counsel:

I am following up on this for Mr Jones while he is on the road. In addition to the sharing agreement, we also need to know if you are contending these documents, that are now also available in the Rave case, are being claimed confidential by your client under the protective order in Rave. We need to know your position so we can proceed accordingly.

Also we need to set dates for depositions in this case (and the Moya case). We have asked for the depositions of the following:

Michael Wickman
Dixie Randle

WHA President - Eric Borgering
We are trying to accommodate CSM and will get back to see what we can do on that deposition.

Scott

On Dec 21, 2018, at 3:04 AM, J. Craig Jones <craig@joneshilllaw.com> wrote:

Mr. Sullivan:

Thank you for the email below. Please give us your client's response to the use of Mr. Borison's Proposed Sharing Agreement no later than noon, December 28, 2018. If we do not have a favorable response by that deadline, we will be left with no other choice but to file formal motions with the Courts.

Regards,

J. Craig Jones

> On Dec 20, 2018, at 3:00 PM, Sullivan, Michael <michael.sullivan@wbd-us.com> wrote:
>
> Scott
> Good afternoon. As I mentioned yesterday we have had a chance to reconsider and agree it makes sense to use the documents in both cases under some form of sharing agreement.. We need to review the form of agreement you proposed with our clients and in light of the holiday that cannot be done before the hearing next week. But this email will confirm that we agree on the use of the documents in both cases and will work to finalize a formal sharing agreement as soon as possible.
> Best regards
> Michael
>
>
> **Michael Sullivan**
> Partner
> Womble Bond Dickinson (US) LLP
>
> **d:** 404-879-2438
> **m:** 770-329-5729
> **e:** Michael.Sullivan@wbd-us.com
>
> Atlantic Station
> 271 17th Street, NW
> Suite 2400

womblebond

&lt;image8a7bc0.PNG&gt;

&lt;image564d8d.PNG&gt; &lt;imagecca8f1.PNG&gt; &lt;imagea

**From:** Legglaw [mailto:borison@legglaw.com]
**Sent:** Wednesday, December 19, 2018 4:07 PM
**To:** Sullivan, Michael
**Cc:** Kritzer, Nathaniel J.; Daniel Manna; franke@gasswebermullins.com; Bradley Foley; Robert J. Welcenbach; J. Craig Jones
**Subject:** Re: Rave Documents that have not been produced

Mike

Thanks for the response as to the sharing agreement issue but the other issue needs to be addressed. Your client has documents that they have not produced in this case. They should have been produced. Please let us know immediately whether you intend to produce them in this case. If not we will file an appropriate motion to obtain your client's compliance with its discovery obligations.

Scott

Scott C. Borison. This email may contain confidential information. If you have received it in error you should delete it.
1900 S. Norfolk St. Suite 350
San Mateo CA 94403
Borison@legglaw.com
301-620-1016
Fax (301) 620-1018


On Dec 19, 2018, at 10:40 AM, Sullivan, Michael <Michael.Sullivan@wbd-us.com> wrote:

> Scott
> Thank you for your email. We will review the sharing agreement proposal with our client again and get back to you on whether we have reconsidered whether entering into this agreement is appropriate.
> Best
> Michael
>
>
> **Michael Sullivan**
> Partner
> Womble Bond Dickinson (US) LLP
>
> **d:** 404-879-2438
> **m:** 770-329-5729
>
> Atlantic Station
> 271 17th Street, NW

e: Michael.Sullivan@wbd-us.com  Suite 2400
Atlanta, GA 30363-1017

womblebonddickinson.c

<imagec86a6f.PNG>  <image367c8e.PNG> <image9a03ca.PNG> <imagea888b2.PN

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

**From:** borison@legglaw.com [mailto:borison@legglaw.com]
**Sent:** Wednesday, December 19, 2018 12:33 PM
**To:** Kritzer, Nathaniel J.
**Cc:** Daniel Manna; Sullivan, Michael; franke@gasswebermullins.com; Bradley Foley; Robert J. Welcenbach; J. Craig Jones
**Subject:** Re: Rave Documents that have not been produced

Dear Counsel:

I am including Mr. Kritzer in this e mail since he responded to my email concerning the deposition of Ciox in this case. Can you confirm whether he is counsel in this case and should be included in the future.

As you know there have been numerous documents produced in the Moya case that are also responsive to the requests made in the Rave case and should have been provided with the initial disclosures. We asked you to agree to a sharing agreement to avoid these types of issues but you refused the proposed agreement. I ask you to reconsider that decision.

Please provide all of the documents that you produced in the Moya case in this case. I would also caution that the blanket designation approach used in Moya should not be repeated in this case. This is a good faith effort to resolve a discovery issue.

Scott Borison

On Dec 19, 2018, at 5:36 AM, Kritzer, Nathaniel J. <nathaniel.kritzer@kirkland.com> wrote:

Scott,

Tarun Kabaria will be Ciox's corporate representative. Please choose one of the dates that we have previously communicated he will be available, i.e., January 18, 23 or 24, 2018 in Atlanta.

Regards,

Nate

**Nathaniel J. Kritzer**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
T +1 212 446 4833  M +1 347 479 7087
F +1 212 446 4900

nathaniel.kritzer@kirkland.com

**From:** borison@legglaw.com <borison@legglaw.com>
**Sent:** Tuesday, December 18, 2018 11:37 AM
**To:** Daniel Manna <manna@gwmlaw.com>; Sullivan, Michael <Michael.Sullivan@wbd-us.com>; franke@gasswebermullins.com; Bradley Foley <bradley.foley@gebsc.com>
**Cc:** Robert J. Welcenbach <robert@welcenbachlaw.com>; Kritzer, Nathaniel J. <nathaniel.kritzer@kirkland.com>
**Subject:** Fwd: Deposition Notices

Gentlemen:

I am sorry the date for CSM is 1/10/19 and I am forwarding the attached amended notice that corrects the date.

> Begin forwarded message:
>
> **From:** borison@legglaw.com
> **Subject: Deposition Notices**

**Date:** December 18, 2018 at 8:34:07 AM PST
**To:** Daniel Manna <manna@gwmlaw.com>, Bradley Foley <bradley.foley@gebsc.com>, John Franke <franke@gwmlaw.com>, Michael Sullivan <Michael.Sullivan@wbd-us.com>
**Cc:** "Robert J. Welcenbach" <robert@welcenbachlaw.com>, "J. Craig Jones" <craig@joneshilllaw.com>

We have patiently sought dates from you for the depositions of your clients. Despite statements that dates will be provided it is now nearly a month since the request was made and given the discovery deadlines, Plaintiff has to move forward. Attached are the notices of deposition for each of your client. Ciox is set for 1/11 and CSM for 1/12.

Scott

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

J. Craig Jones

<PastedGraphic-1.tiff>

J. Craig Jones | Complex Litigation
JONES & HILL TRIAL LAWYERS
131 Highway 165 South | Oakdale, LA 71463
TEL 318-335-1333 | FAX 318-335-1934
www.joneshilllaw.com

This email site is not designated for receipt of service or notice: FRCivP 5(b)(2)(E) & La

CCivP 1313

"Confidentiality Notice: This electronic message contains information which may be privileged and/or confidential. The information is intended for use only by the individual(s) or entity(ies) named/indicated above. BE ADVISED that any unauthorized access, disclosure, copying, distribution, or use of the content of this message/information is prohibited by federal law. Any attempt to intercept this message is in violation of 18 U.S.C. Sec. 2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages. Accordingly, if you have received this message in error, immediately contact J. Craig Jones or Sommer Coker at (318) 335-1333 and delete the message without reviewing, copying, or making further use of the information contained therein."

<PastedGraphic-1.tiff>