Objections to Confidential Designations 664-9902

| Bates Nos. | Description | Objection to Designation [1] |
|---|---|---|
| 664-665 | Copy of Statute | 1,2 |
| 666-668 | WHA memo | 2,3 |
| 669-671 | Bill | 2,3 |
| 672-673 | Copies of textbooks | 1,2 |
| 674 | Letter to a legislator | 1,2 |
| 675-711 | Copies of the law | 1,2 |
| 712-714 | Talking Points for Lobbying | 2 |
| 715 | E mail Wickman to Wadd | 2 |
| 716-717 | Memo to Assembly | 1,2 |
| 718-721 | Letter to Legislator | 1,2 |
| 722 | E mail Wickman re: memo given out | 2 |
| 723 | E mail Wickman to Wadd | 2 |
| 724 | Motion 671 Talking Points | 2 |
| 725 | DHS 117 | 1,2 |
| 726 | E mail to Legislator | 1,2 |
| 727-728 | E mails re: 671 | 2 |
| 729 | E mail re 671 | 2 |
| 730-731 | Repeat of 716-717 | 1,2 |
| 732 | E mail re: WHIMA | 2 |
| 733-744 | E mail with talking points | 2 |
| 745-748 | 2 copies of Proposal | 2 |
| 749-757 | E mails with WHA | 2 |
| 758-759 | Memo to Senate | 1,2 |
| 760-764 | E mail re: Lobbying Governor & letter | 1,2 |
| 765 | Memo Re Talking Points | 2 |
| 766-767 | Letter to Governor | 1,2 |
| 768-772 | Email re: status | 2 |
| 773-774 | Veto Talking Points | 2 |
| 775-776 | Memo to State Employee | 1,2 |

---

[1] 1 – is based on the document being a public record and therefore does not meet the non-public requirement of the protective order. See ECF 53, I, 1.

  2- is based on the document not falling within the provisions of documents that may be designated under the protective order which is limited to "disclose confidential and "nonpublic technical, commercial, financial, personal or business information that would provide others with an unfair competitive or improper advantage." Id.

3 – is based on the document being prepared by a third party and therefore does not meet the definition under the protective order.

| Pages | Description | Codes |
|---|---|---|
| 777-778 | Letters to legislators | 1,2 |
| 779-780 | E mail re: communication LT. Gov | 1,2 |
| 781-784 | AB 40 | 1,2 |
| 785-786 | Letter to Governor | 1,2 |
| 787 | E mail Staus of Legislation | 2 |
| 788-790 | Legislation updates | 2 |
| 791-792 | Lobbyist e mail | 2 |
| 793 | Lobbyist e mail | 2 |
| 794-797 | Documents re: ROI process | 1,2 |
| 798-801 | 2011 Bill | 1,2 |
| 802-803 | Letter re: WC rates | 2 |
| 804-813 | Summary of Wis. Civil Procedure | 1,2 |
| 814-820 | AB 75 | 1,2 |
| 821-826 | 908.03 and 804.10 | 1,2 |
| 827-828 | 146.83 | 1,2 |
| 829-831 | Clearinghouse document | 2,3 |
| 832-836 | DHS Proposed order | 1,2 |
| 837-838 | Fiscal Estimate | 1,2 |
| 839-840 | DHS letter | 1,2 |
| 841 | Email asking for copies of law | 2 |
| 842-865 | Copies of law | 1,2 |
| 866-867 | AB 40 | 1,2 |
| 868 | Withheld Privilege | |
| 869-870 | Legislative Tracking | 2,3 |
| 871 | Document Native Format | |
| 871-872 | Regulation Summary | 2 |
| 873-874 | Va Bill | 1,2 |
| 875-882 | Senate Bill | 1,2 |
| 883-885 | E mails re visit | 2 |
| 886-899 | e mails | 2 |
| 900-905 | Motion 671 markup | 2 |
| 906 | Withheld Privilege | |
| 907-912 | E mails | 2 |
| 913-922 | Statutes | 1,2 |
| 923 | E mail | 2 |
| 924-925 | AB 40 | 1,2 |
| 926-929 | E mails | 2 |
| 930-936 | AB 40 | 1,2 |
| 937-943 | E mails | 2 |
| 944 | Document Native Format | |

| | | |
|---|---|---|
| 945 | E mail | 2 |
| 946 | Document Native Format | |
| 947 | Same as 945 | 2 |
| 948 | Document Native Format | |
| 949-954 | E mail including text of bill | 2 and 1 as to text of bill |
| 955 | e mail | 2 |
| 956-960 | Same as 950-954 | 2 and 1 as to text of bill |
| 961-2863 | Bill | 1,2 |
| 2864-2869 | Repeat of 949-954 | 2 and 1 as to text of bill |
| 2870-4772 | Bill | 1,2 |
| 4773 | e mail | 2 |
| 4778-5313 | AB 40 | 1,2 |
| 5314-5319 | E mails | 2 |
| 5320-5425 | AHIMA E mail with excerpts | 2,3 |
| 5426 | Document Native Format | |
| 5427-5563 | AHIMA Practice Briefs | 2,3 |
| 5564-5565 | E mail | 2 |
| 5566-5602 | E mail from Multistate and Summaries | 2,3 |
| 5603-9767 | Bill | 1,2 |
| 9768-9771 | Email and summaries | 2 |
| 9772-9780 | Copies of bills | 1,2 |
| 9781 | Document Native Format | |
| 9782-9783 | E mails | 2 |
| 9784-9785 | 2009 Rate Summaries | 2 |
| 9786-9787 | Multistate | 2,3 |
| 9788-9791 | HB 4209 | 1,2 |
| 9792-9804 | Multistate | 2,3 |
| 9805 | Document Native Format | |
| 9806 | email | 2 |
| 9807-9884 | Multistate | 2,3 |
| 9885-9891 | e mails | 2 |
| 9892 | e mail | 2 |
| 9893-9896 | Regulation | 1,2 |
| 9897-9902 | emails | 2 |