**From:** Strang, Allie
**Sent:** Monday, January 7, 2019 7:02 PM
**To:** 'Scott Borison' <borison@legglaw.com>; 'J. Craig Jones' <craig@joneshilllaw.com>; 'Robert J. Welcenbach' <robert@welcenbachlaw.com>
**Cc:** Kritzer, Nathaniel J. <nathaniel.kritzer@kirkland.com>
**Subject:** Moya v. HealthPort

Counsel,

At Plaintiff's request and after further review by counsel, Ciox has withdrawn its designation of certain documents as Confidential. Replacement images for those documents are available at the following link: https://download.wbd-us.com/bds/Login.do?id=A0541551739&p1=x3j16h4sbgfcggciekldckcgj20.

The link requires a password, which I will send in a separate email to follow shortly.

Kind regards,

Allie

**Allie Strang**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 6456
**F** +1 212 446 4900

allie.strang@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of

this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.