| | |
|---|---|
| **From:** | Daniel Manna <manna@gwmlaw.com> |
| **Sent:** | Wednesday, January 23, 2019 11:01 AM |
| **To:** | 'Scott Borison'; 'J. Craig Jones'; 'Robert J. Welcenbach' |
| **Subject:** | Moya/Rave - Removal of Confidentiality Designations |

EXTERNAL EMAIL: Open Attachments and Links With Caution.

Counsel,

Here is a link to a .zip file containing 15 documents from which Ciox has elected to remove the confidentiality designation.

- Dan

Daniel A. Manna
Gass Weber Mullins LLC
241 N. Broadway, Suite 300
Milwaukee, Wisconsin 53202
Direct: 414.224.3447
Fax: 414.224.6116
www.gwmlaw.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.