# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TIMOTHY RAVE,**
          **Plaintiff,**

v.                                           Case No. 18-C-00305

**CIOX HEALTH, LLC., et al.,**
          **Defendants.**

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding         Date: 6/18/19
Time Commenced: 1:45 p.m.           Concluded: 1:50 p.m.
Deputy Clerk: MA                       Court Reporter: none

APPEARANCES:

Plaintiff: Craig Jones, Robert Welcenbach and Scott Borison

Defendant – Columbia St. Mary's: Bradley Foley

Defendant – Ciox Health: Daniel Manna and Michael Sullivan

Nature of Conference: Telephonic Status Conference

Notes:

- The parties report that a class settlement has been reached in the related state-court action and is in the process of being submitted for court approval. If approved, the settlement in the state-court action would resolve the claims asserted in the present case. The parties request that the present case be stayed pending approval of the state-court settlement.

- The court grants the parties request, such that the case shall be <u>closed for administrative purposes only</u>. If the state-court settlement is finalized, the parties shall inform the court and this case will be formally dismissed. If the state-court settlement is not finalized, the parties may inform the court and this case will be reopened.